UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY BAY CONFEDERATION OF CLUBS, *et al.*, | Case No.: 13-CV-01231-LHK |
| Plaintiffs, | ORDER VACATING HEARING ON MOTION TO DISMISS |
| v. | |
| CITY OF SANTA CRUZ *et al.*, | |
| Defendants. | |

A hearing on Defendant California Highway Patrol's Motion to Dismiss is scheduled for December 19, 2013, at 1:30 P.M. ECF No. 22. Pursuant to Civil Local Rule 7-1(b), the Court concludes that this matter is appropriate for determination without oral argument and accordingly VACATES the December 19, 2013 hearing. The Case Management Conference set for December 19, 2013 will proceed as scheduled.

**IT IS SO ORDERED.**

Dated: December 17, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1