UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MONTEREY BAY CONFEDERATION OF CLUBS, *et al.*, | ) ) ) | Case No.: 13-CV-01231-LHK |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE MANAGEMENT ORDER |
| CITY OF SANTA CRUZ, *et al.*, | ) ) | |
| Defendant. | ) ) | |

Clerk:  Martha Parker Brown        Plaintiffs' Attorney:  Aaron Lodge
Reporter:  Lee-Anne Shortridge     Defendants' Attorneys:  Jason Heath, Reed Gallogly, Omar Rodriguez

An initial case management conference was held on December 19, 2013.  A further case management conference is set for March 26, 2014, at 2:00 p.m.

Plaintiffs shall serve Defendant Jorge Gil Blanco by January 10, 2014.  Failure to serve Mr. Blanco by that date will result in a dismissal without prejudice as to Mr. Blanco.

The Court referred the parties to Court Early Neutral Evaluation with a deadline of July 1, 2014.

The Court set the following case schedule:

DEADLINE TO AMEND PLEADINGS/ADD PARTIES: July 1, 2014

FACT DISCOVERY CUTOFF: September 25, 2014

EXPERT DISCOVERY:
    Expert Disclosures:  October 9, 2014
    Opening Reports:  October 23, 2014
    Rebuttal Reports:  November 13, 2014

1

Case No.: 13-CV-01231-LHK
CASE MANAGEMENT ORDER

1       Cut-off:                December 4, 2014

2  DISPOSITIVE MOTIONS shall be filed by December 18, 2014 and set for hearing no later than February 19, 2015 at 1:30 p.m.  The replies shall be due by January 29, 2015.

   PRETRIAL CONFERENCE DATE is April 23, 2015, at 1:30 p.m.

   JURY TRIAL DATE is May 4, 2015, at 9 a.m. in Courtroom 8, 4th floor.

   TRIAL LENGTH is estimated to be 7 days.

   **IT IS SO ORDERED.**

   Dated: December 19, 2013

   _____
   LUCY H. KOH
   United States District Judge

2

Case No.: 13-CV-01231-LHK
CASE MANAGEMENT ORDER