UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
COURTROOM NO. 8-4th FLOOR

## CIVIL MINUTES

**Court Proceedings:** Case Management Conference, Thursday, December 19, 2013
**Case Number:** 13-cv-01231-LHK

**Courtroom Deputy Clerk:** Martha Parker Brown            Time in Court: 16 minutes
**Court Reporter:** Lee-Anne Shortridge

**TITLE:**   **MONTEREY BAY CONFEDERATION OF CLUBS, et al  v. CITY OF SANTA CRUZ, et al**

   **Attorneys Present:**      **Aaron J. Lodge for Plaintiff**
                                   **Reed W. Gallogly for City of Watsonville**
                                   **Jason Heath for County of Santa Cruz**
                                   **J. Omar Rodriguez for Cities of Scotts Valley and Capitola**

   PROCEEDINGS:

      Case Management Conference is held.  See Case Management Order for specifics.
      Court is adjourned.