# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Monterey Bay Confederation of Clubs,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>City of Santa Cruz,<br><br>　　　　　Defendant(s). | 13-01231 LHK ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> Edwin J. Wilson, Jr.
> Law Office of Edwin J. Wilson
> 1212 Boadway, 16th Fl.
> Oakland, CA 94612
> (510) 836-4500
> ed@wilsonjrlaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-4 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
13-01231 LHK

-1-

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: January 16, 2014

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

_____/s/_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Evaluator**
13-01231 LHK

-2-